IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNETTE M. PETRUSKA,<br>　　　　　　　Plaintiff<br><br>　　　vs.<br><br>GANNON UNIVERSITY, et al.,<br>　　　　　　　Defendants | Civil Action No. 2004-80 Erie<br><br>The Honorable Sean J. McLaughlin |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

　　Please enter my appearance as co-counsel with Frank L. Kroto, Jr. on behalf of the following Defendants, in their individual capacities: Bishop Donald W. Trautman, Msgr. David Rubino, Antoine M. Garibaldi and Rev. Nicholas Rouch.  All future pleadings, filings or orders of court may be served on the undersigned at the address set forth below.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　QUINN, BUSECK, LEEMHUIS, TOOHEY
　　　　　　　　　　　　　　　　& KROTO, INC.


　　　　　　　　　　　　　　　　By/s/Arthur D. Martinucci_____
　　　　　　　　　　　　　　　　　　Arthur D. Martinucci, Esquire
　　　　　　　　　　　　　　　　　　Pa. I.D. No. 63699
　　　　　　　　　　　　　　　　　　2222 West Grandview Boulevard
　　　　　　　　　　　　　　　　　　Erie, PA  16506-4509
　　　　　　　　　　　　　　　　　　(814) 833-2222

Document #317714, v1