Windows Live™

# Expedia travel confirmation - Erie, PA (2) - Oct 22, 2007 - (Itin# 121164169499)

**From:** travel@expedia.com
Sent: Thu 9/13/07 1:29 PM
To: lmpetruska@hotmail.com

## Travel Confirmation

Thank you for booking your trip with Expedia.com. This email is your receipt for the travel item(s) you just booked; an itinerary that includes up-to-date trip details will follow in the next 4 days.

Remember that you can always view your itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

We're sorry, this booking did not qualify for ThankYou℠ Points. Please see your itinerary for more details.
Learn more about how to earn points for future bookings.

**Flight: St. Louis to Erie**

| | | | |
|---|---|---|---|
| Total ticket cost: | | | $279.01 |
| Taxes & Fees: | | | $46.59 |
| **Flights Total:** | | | **$325.60** |

**Traveler name:** Chet Pleban

| | | |
|---|---|---|
| St. Louis to Erie | 10/22/07 3:42 pm - 9:20 pm | Continental / Continental |
| Erie to St. Louis | 10/23/07 5:50 pm - 10:02 pm | US Airways / US Airways |

View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

**Itinerary number: 121164169499**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

## What else can we help you with?

**Save on hotels in Erie**

- Travelodge Erie — From $65.00 per night
- Comfort Inn Erie — From $70.00 per night
- Comfort Inn Erie — From $80.00 per night

Search for more hotels

**Save on cars in Erie**

At the airport:　　Search for more cars

 EXHIBIT 1

 Windows Live™

# Expedia travel confirmation - Erie, PA - Oct 19, 2007 - (Itin# 121164021536)

From: **travel@expedia.com**
Sent: Thu 9/13/07 1:18 PM
To: lmpetruska@hotmail.com

## Travel Confirmation

Thank you for booking your trip with Expedia.com. This email is your receipt for the travel item(s) you just booked; an itinerary that includes up-to-date trip details will follow in the next 4 days.

Remember that you can always view your itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

We're sorry, this booking did not qualify for ThankYou℠ Points. Please see your itinerary for more details.
Learn more about how to earn points for future bookings.

**Flight:** St. Louis to Erie

| Total ticket cost: | $323.01 |
| --- | --- |
| Taxes & Fees: | $46.59 |
| **Flights Total:** | **$369.60** |

**Traveler name:** Lynette Petruska

| | | |
| --- | --- | --- |
| St. Louis to Erie | 10/19/07 3:42 pm - 9:20 pm | Continental / Continental |
| Erie to St. Louis | 10/23/07 5:50 pm - 10:02 pm | US Airways / US Airways |

View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

**Itinerary number: 121164021536**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

## What else can we help you with?

**Save on hotels** in Erie



Travelodge Erie
From **$87.50** per night

Search for more hotels

**Save on cars** in Erie

At the airport:
Economy

Search for more cars