UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DISTRICT COURT

LYNETTE M. PETRUSKA,            )
                               )
          Plaintiff            )
                               )
vs.                            )          Cause No. 1:04-cv-00080-SJM
                               )
GANNON UNIVERSITY, et al.,     )
                               )
          Defendants           )

PROPOSED ORDER

This matter is before the Court on Plaintiff's Motion to Disqualify Court. The motion being fully briefed by the parties and the Court having fully considered all arguments in support and in opposition to the motion,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and the Court recuses itself from further participation in this matter.

_____
Honorable Sean J. McLaughlin
United States District Judge

Dated: _____

**EXHIBIT 2**