MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Lynette Petruska

Plaintiffs,

Vs.    Case No. Civil Action 04-80 Erie

Gannon University, et al.

Defendants.

HEARING ON  Status Conference

Before Judge  Sean J. McLaughlin

Held on  April 14, 2008

C. John Pleban, Esq.          Evan Rudert, Esq.
                              Art Martinucci, Esq.

Appear for Plaintiff          Appear for Defendant

Hearing begun  10:30 AM       Hearing adjourned to _____
Hearing concluded C.A.V.  10:56 AM    Stenographer  Ron Bench
                              Clerk  K.A. Scibetta

WITNESSES:

Δ's oral motion for extension of time is GRANTED.
Δ's answer to 2nd Amended Complaint is due by 4-25-08.
Deputy Clerk will contact parties as to scheduling a case management conference