## Senior Level Administrative Evaluation

Name: _Sr. Lynette Petruska_    Supervisor: _Antoine D. Garibaldi_
Position: _University Chaplain_    Department: _Office of the President_

**DIRECTIONS:** Several qualities are listed below that are often associated with good academic administrators. To complete the evaluation for the person in the position identified above:

- Read each statement and evaluate how well the incumbent performs in the category under consideration. Performance should be rated on a continuum ranging from "1" for not acceptable to "10" for excellent.
- If you have no basis for observation, please indicate "NO".
- If you believe the attribute is not applicable, please indicate "NA".
- Provide any comments as appropriate.

**Definition of Importance Ratings:**

- After you have rated the category, use the scale on the far right hand side of the form to indicate how important the category is to you regarding an effective administrator for the position identified. Importance should be rated on a continuum ranging from "1" for not important to "5" for absolutely essential.

| Institutional Commitment | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|
| a) Has concern for welfare of total university its mission, as well as specific responsibilities | 10 | | | 1 2 3 4 **5** |
| b) Shows interest and involvement in university activities | 10 | | | 1 2 3 4 **5** |
| c) Promotes good public relations | 8 | | | 1 2 3 4 **5** |

Comments: _Sr. Lynette is committed to the University's mission and especially to the spiritual and social needs of students._

| Leadership/Supervisory Ability | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|
| a) Is sensitive to the needs and abilities of faculty and/or staff within the unit | 10 | | | 1 2 3 4 **5** |
| b) Effectively supervises work of faculty and/or staff within the unit | | | ✓ | 1 2 3 4 5 |
| c) Properly delegates responsibilities | 10 | | | 1 2 3 4 **5** |
| d) Helps professional development of faculty and/or staff within the unit | 10 | | | 1 2 **3** 4 5 |
| e) Promotes collaboration | 10 | | | 1 2 3 4 **5** |

Comments: _While Sr. has a small staff, she promotes their needs to become involved in internal and external affairs. More collaboration with the Vice President for Mission in the coming year is encouraged._

1

EXHIBIT 1

### Planning and Organization

|   | | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|---|
| a) | Participates in planning based on a sound understanding of the university's total mission | 8 | | | 1 2 3 4 (5) |
| b) | Establishes definite goals and objectives | 8 | | | 1 2 3 4 (5) |
| c) | Formulates effective plans to achieve goals | 9 | | | 1 2 3 4 (5) |
| d) | Coordinates planning efforts with other university officials and offices | 9 | | | 1 2 3 4 (5) |

Comments: The Office of the Chaplain has primarily worked with students and the Catholic Identity Task Force in student development and mission-focused activities. Her work with the Office of Student Affairs has increased student and faculty and staff involvement in service activities

### Decision Making

|   | | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|---|
| e) | Evaluates problems objectively | 7 | | | 1 2 3 4 5 |
| f) | Accepts and utilizes input effectively | 7 | | | 1 2 3 4 5 |
| g) | Reaches decisions effectively without unnecessary delay | 10 | | | 1 2 3 4 5 |
| h) | Is able to adapt to changing situations | 8 | | | 1 2 3 4 5 |

Comments: In the area of decision-making, Sr. Lynette and the President have met during the year to resolve some ministry-related issues (e.g., Inter Varsity). More collaboration with the President and the Vice-President for Mission, when appropriate, will help us to discuss sensitive issues and develop strategic solutions

### Implementation

|   | | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|---|
| a) | Has the knowledge necessary to fulfill administrative responsibility | 10 | | | 1 2 3 4 (5) |
| b) | Meets goals and objectives on time | 10 | | | 1 2 3 4 (5) |
| c) | Consults with others and makes appropriate referrals | 10 | | | 1 2 3 4 (5) |
| d) | Uses university's resources appropriately | 8 | | | 1 2 3 4 (5) |

Comments: Sister collaborates with other university officials in the planning of the Office of the Chaplain's major events (e.g., liturgies, UI Delegates Convocation awards, service trips, etc.). While resources are never adequate to do everything, more planning and discussion are needed to see the use available resou[rces]

### Initiative (overall)

|   | | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|---|
| a) | Shows drive and energy | 10 | | | 1 2 3 4 (5) |
| b) | Is innovative in meeting job responsibilities | 10 | | | 1 2 3 4 (5) |
| c) | Is willing to work beyond ordinary requirements when necessary | 10 | | | 1 2 3 4 (5) |

Comments: The activities of the Office of the Chaplain demonstrates Sr. Lynette's drive and energy. Members of the University Community welcome the Office's special activities; but it is hoped that more individuals will participate in special liturgies. The latter is an item that has shown improvement and, with more assistance from the Provost's Office and Dean of Students,

| Communication/Interpersonal Skills | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|
| a) Listens to others and communicates well | 8 | | | 1 2 3 4 ⑤ |
| b) Contributes effectively to staff discussions and meetings | 8 | | | 1 2 3 4 ⑤ |
| c) Produces clear reports and correspondence | 10 | | | 1 2 3 4 ⑤ |
| d) Establishes rapport | 10 | | | 1 2 3 4 ⑤ |

Comments: _Sr. Lynette communicates well with others and uses her interpersonal skills effectively_

| Professional Self-Improvement | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|
| a) Has knowledge of current developments in the field | 10 | | | 1 2 3 4 5 |
| b) Pursues professional growth opportunities | | | ✓ | 1 2 3 4 5 |
| c) Participates in appropriate professional organizations | | | ✓ | 1 2 3 4 5 |

Comments: _I am not aware of specific professional development opportunities that Sr. Lynette has participated in, but I believe that she takes advantage of current practices in campus ministry._

| Overall Value to Administrative Unit | Performance Rating | NO | NA | Importance Rating |
|---|---|---|---|---|
| a) Understands and contributes to the goals of the administrative unit | 8 | | | 1 2 3 4 ⑤ |
| b) Effectively manages the administrative unit | 10 | | | 1 2 3 4 ⑤ |
| c) Represents the administrative unit well to outside constituencies | 10 | | | 1 2 3 4 ⑤ |

Comments: _Sr. Lynette has made valuable contributions to the University in her work in the Office of the Chaplain. A closer relationship with the Vice President for Mission is recommended, and I encourage her to discuss her viewpoints on sensitive University matters with me as often as necessary. We have had some discussions and it is my hope that they are viewed as constructive rather than critical._

Overall Evaluation (check one):   ☐ Excellent   ☐ Good   ☐ Fair   ☐ Needs Emphasis

Performance Objectives for next review: (attach additional sheets as needed)

1. More regular meetings w/ President to keep him abreast of issues + some w/ to discuss issues more thoroughly before presentation to broader constit.
2. Continue to develop strategies to increase participation in sacramental life of Gannon community

Supervisor Signature: _Antoine M Mihelic_   Date: 6/2/02
Colleague Signature: _Lynette M Petruska, SSJ_   Date: 6/4/02

3. Increase involvement of Catholic Identity Task Force in promoting Catho identity of University + discussions of Gannon's mission
4. Continue to develop faculty + staff as partners in ~~mission~~ sacramental, spiritual mission of University



109 University Square  •  Erie, Pennsylvania  •  16541-0001  •  814/871-7725

August 28, 2002

Sr. Lynette Petruska, Chaplain
Gannon University

Re: Request to use the University Review Council

Dear Sister Lynette,

I have conferred with my lawyer regarding your request to file a grievance against the University President and the Bishop. Under the current structure of the University Review Council, the University's President is the final reviewer of all grievances. Therefore, the University Review Council is not a proper forum for you.

I'm sorry the URC can't be helpful here.

Sincerely,

John Young

John T. Young, Chair
University Review Council

EXHIBIT 2

DEPARTMENT OF ENGLISH

October 18, 2002

Antoine Garibaldi, Ph.D.
Gannon University
109 University Square
Erie, Pennsylvania 16541

Dr. Garibaldi:

I am once again disappointed by the manner in which the University has handled a "simple restructuring." When I was advised of the immediate acceptance of my resignation, Mr. Cline and Fr. Rouch set certain parameters around my ability to be on campus and interact with the students. You have refused to commit these parameters to writing, to prevent any future misunderstanding; and therefore, I must conclude that you are also unwilling to stand by them. However, because I wish to act with integrity in this matter and honor the instructions of my former employer, I am writing to verify my understanding of those parameters:

1. I am not permitted on campus without advance notice to and the permission of the University. To obtain this permission I am to either call Mr. Cline or Fr. Rouch. Based on my conversation with Mr. Cline of October 17, 2002, it is my understanding that Fr. Rouch would be the person to grant permission. However, based on today's conversation with Mr. Cline, I am unclear as to who the decision maker is. I will assume that Fr. Rouch is the final decision maker unless this issue is clarified.

2. I am not permitted to be involved with the students in programmatic events offered by Gannon Campus Ministry or the Center for Social Concerns. However, I am free to have any contact with the students if it does not involve a program sponsored exclusively by Gannon Campus Ministry or the Center for Social Concerns.

If my understanding of these parameters is correct, no response is necessary. If my understanding of the University's conditions is incorrect, I will expect a response by October 25, 2002. If I do not hear from you by this date, I will operate under the parameters I have set out above. You may respond, if necessary to my home address, 2531 W. 8th Street, Erie, PA 16505.

Sincerely,

*Lynette Petruska, SSJ, Esq*

Lynette Petruska, SSJ, Esq.

cc: Bob Cline
    Sr. Ricarda Vincent, SSJ

EXHIBIT 3

# GANNON UNIVERSITY
Appointment Notice
2002-2003

**NAME:** Lynette M. Petruska, S.S.J.

**EMPLOYEE ID:** 0382442

**EFFECTIVE:** July 1, 2002 through June 30, 2003

**STATUS:** Full Time

**POSITION:** Chaplain

**DEPARTMENT/PROGRAM:** Chaplain's Office

**SALARY/WAGE:** $39,284 to be paid in 26 equal biweekly installments.

*This agreement becomes valid with the signature of all parties below.*

_____   7/5/02
Administrator                   Date

_____   7/8/02
President                       Date

_____   7/9/02
Budget Director                 Date

Date: June 18, 2002

EXHIBIT 4