**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNETTE M. PETRUSKA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:04-cv-00080 Erie |
| v. ) | |
| ) | Judge Sean J. McLaughlin |
| ) | |
| ) | Electronically Filed |
| GANNON UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK of this Court and all parties of record:

Kindly enter the appearance of the counsel whose electronic signature appears below as additional counsel of record for Defendants Bishop Donald W. Trautman and Monsignor David Rubino, in their individual capacities.

This 15th of May, 2008.

        Respectfully submitted,

        /s/ Bryan D. Kocher
        Bryan D. Kocher (Pa. ID 56755)
        JONES DAY
        500 Grant Street, 31st Floor
        Pittsburgh, PA 15219
        Telephone: (412) 394-7918
        Fax: (412) 394-7659
        Email: bdkocher@jonesday.com

        Counsel for Bishop Donald W. Trautman and
        Monsignor David Rubino, in their individual capacities.