# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNETTE M. PETRUSKA | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:04-cv-00080 Erie |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | Electronically Filed |
| GANNON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK of this Court and all parties of record:

Kindly enter the appearance of the counsel whose electronic signature appears below as additional counsel of record for Defendants Bishop Donald W. Trautman and Monsignor David Rubino, in their individual capacities.

This 15th of May, 2008.

Respectfully submitted,

/s/ Leon F. DeJulius, Jr.
Leon F. DeJulius, Jr. (Pa. ID 90383)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA 15219
Telephone: (412) 394-9528
Fax: (412) 394-7659
Email: lfdejulius@jonesday.com

Counsel for Bishop Donald W. Trautman and
Monsignor David Rubino, in their individual capacities.

PII-1176442v1