# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Lynette Petruska
_____
Plaintiff

vs.   No. CA 04-80 Erie

Gannon University, et al.,
_____
Defendant

HEARING ON Case Mngt Conf.

Before Judge Sean J McLaughlin

C. John Pleban (via phone)         Art Martinucci
Andrea Benson                      Leon DeJulis
_____            Evan Rudert
Appear for Plaintiff               Appear for Defendant

Hearing begun 1:30 pm        Hearing adjourned to 1:55 pm

Hearing concluded C.A.V. _____    Stenographer R. Bench
                                    Clerk: KAS

**WITNESSES:**

For Plaintiff                For Defendant

Disc   1-26-09               _____
π PTS  2-16-09               _____
Δ SJ   2-16-09               _____
Δ PTS  3-7-09                _____
Resp   3-7-09                _____

Case mngt Order to follow.