**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNETTE M. PETRUSKA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GANNON UNIVERSITY, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:04-cv-00080 Erie<br><br>Judge Sean J. McLaughlin<br><br>Electronically Filed |

**DEFENDANTS BISHOP DONALD W. TRAUTMAN'S, MONSIGNOR
DAVID RUBINO'S, AND DR. ANTOINE GARIBALDI'S MOTION FOR
JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**

AND NOW, come Defendants Bishop Donald W. Trautman, Monsignor David Rubino, and Dr. Antoine Garibaldi, by and through their attorneys, and, pursuant to Fed. R. Civ. P. 12(c), file the instant motion for judgment on the pleadings. The Court should enter judgment on behalf of the individual Defendants, as stated more fully in the memorandum of law accompanying this motion, because the allegations in the Second Amended Complaint fail to state a claim against these defendants upon which relief can be granted.

Dated: July 17, 2008

/s/ Leon F. DeJulius, Jr.
Paul M. Pohl
Pa. Bar No. 21625
Bryan D. Kocher
Pa. Bar No. 56755
Leon F. DeJulius, Jr.
Pa. Bar No. 90383
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, PA  15219-2502
Telephone:  (412) 391-3939
Facsimile:   (412) 394-7959

Counsel for Defendants Bishop Donald W.
Trautman and Monsignor David Rubino.

2

/s/ Arthur D. Martinucci
Arthur D. Martinucci
Pa. Bar No. 63699
QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.
2222 West Grandview Blvd.
Erie, PA  16506-4508
Telephone:  (814) 833-2222
Facsimile:   (814) 833-6753


Counsel for Defendants Bishop Donald W. Trautman, Monsignor David Rubino and Dr. Antoine Garibaldi.