**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNETTE M. PETRUSKA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:04-cv-00080 Erie |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | |
| ) | Electronically Filed |
| GANNON UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendants Bishop Donald W. Trautman's, Monsignor David Rubino's, and Dr. Antoine Garibaldi's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12 (c), it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  Accordingly, Counts IV and V of the Second Amended Complaint are dismissed with prejudice as to Bishop Trautman, Msgr. Rubino, and Dr. Garibaldi.

By the Court:

_____
Sean J. McLaughlin
United States District Court Judge