IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNETTE M. PETRUSKA, ) | |
| ) | Judge Sean A. McLaughlin |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00080-SJM |
| ) | |
| GANNON UNIVERSITY, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant Gannon University's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. Accordingly, Count IV of the Second Amended Complaint is dismissed in its entirety with prejudice, and Plaintiff's claim in Count V for loss of reputation, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation and stress is dismissed with prejudice.

By the Court:

_____
Sean J. McLaughlin
United States District Court