## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNETTE M. PETRUSKA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:04-cv-00080 Erie |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | |
| ) | Electronically Filed |
| GANNON UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendants Bishop Donald W. Trautman's and Monsignor David Rubino's motion for a stay of discovery pending resolution of the motion for judgment on the pleadings, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Accordingly, all discovery is hereby stayed until further notice issues from this Court.

By the Court:

_____
Sean J. McLaughlin
United States District Court Judge